**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:  Kevin C. Williams                                    Case No.: 05-41754

    Debtor

**MOTION FOR SUBSTITUTION OF DEBTOR'S COUNSEL**

COMES NOW, Kevin C. Williams the debtor herein and moves the Court to allow the substitution of Andrew G. Adams, III, Attorney, as counsel for debtor and in support thereof states as follows:

1. Kevin C. Williams and filed a Chapter 7 petition on October 14, 2005.  The court assigned case number 05-41754.

2. Attorney Richard J. Oulton, prepared and filed the debtor's petition and schedules.

3. The debtor is desirous of hiring Andrew G. Adams, III to take Mr. Oulton's place.

WHEREFORE, the debtor moves the Court to allow the substitution of Andrew G. Adams, III, Attorney, as counsel for the debtor in place of Richard J. Oulton.

**NOTICE**

Under Local Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of the Court and served on the moving party immediately objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue and order granting the requested relief without further notice or hearing.

                                                            Kevin C. Williams

                                                                     By /s/ Andrew G. Adams, III
                                                                         Andrew G. Adams, III

I ask for this:

/s/ Andrew G. Adams, III

/s/ Kevin C. Williams

**Seen and Agreed:**
/s/ Richard James Oulton

## CERTIFICATE

     I hereby certify that on Saturday, May 06, 2006 true and exact copy of the foregoing Motion for Substitution of Counsel and the proposed Order were mailed by electronic means or by first class mail with postage fully prepaid to all necessary parties.

                                                                   /s/ Andrew G. Adams, III
                                                                   Andrew G. Adams, III

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In Re:  Kevin C. Williams                              Case No.: 05-41754

    Debtor

## ORDER

On this day, came Kevin C. Williams, the debtor, and Andrew G. Adams, III, Attorney, on the debtors' Motion for Substitution of Debtor's' Counsel and moved the Court to allow the substitution of Andrew G. Adams, III as attorney for the debtor in place of Richard James Oulton. **UPON CONSIDERATION WHEREOF**, it appearing to the Court that in the interest of justice and for good cause shown the debtor's motion should be granted, it is

ORDERED that Andrew G. Adams, III is hereby substituted as counsel for the debtor in the place and stead of Richard James Oulton, effective immediately.

Entered: _____             _____
                                          The Honorable Douglas O. Tice, Jr.

I ASK FOR THIS:

/s/ Andrew G. Adams, III
Andrew G. Adams, III, Esquire
The Law Offices of Andrew G. Adams, III
VSB #46600
100 E Main Street
Richmond, VA  23219
(804) 649-1000

Seen and Agreed:

/s/ Richard James Oulton
Richard James Oulton
VSB #29640
8515 Mayland Drive
Richmond, VA  23294
(804) 747-1777