UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Kevin Cornelius Williams,        Debtor

Case No.:  05-41754
Chapter 7 to Chapter 13

# Notice of Motion to Convert

Kevin Cornelius Williams, the debtor has filed papers with the Court to convert the bankruptcy petition to a Chapter 13.

Your rights may be affected.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion to Convert to a Chapter 13 or if you want the Court to consider your views on the motion, then on or before include date 20 (twenty)  days from date of service, you or your attorney must:

File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(c) and 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.  You must mail a copy of your response to the following:

| Clerk of Court | Andrew G. Adams, III | U.S. Trustee | Harry Shaia, Jr. |
|---|---|---|---|
| U. S. Bankruptcy Court | 100 East Main Street | 600 E. Main St# 301 | 8550 Mayland Drive |
| 1100 E. Main Street; Rm 301 | Richmond, VA 23219 | Richmond, VA 23219 | Richmond, Va. 23294 |
| Richmond, VA 23219 | | | |

Attend the preliminary hearing to be scheduled by the Clerk of Court, notice of     which will be mailed at a later date.  **If no timely response has been filed  opposing the relief requested, the Court may grant the relief requested in the motion.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

## Certificate of Service

I hereby certify that on this 6/30/2006, I mailed the foregoing Motion to Convert and Notice of Motion to Convert by electronic mail or first class mail, postage pre-paid to all necessary parties.

/s/ Andrew G. Adams, III,
Andrew G. Adams, III

Attorney for Debtor
Andrew G. Adams, III, Esq. #4600
100 East Main Street
Richmond, VA 23219
(804) 649-1000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Kevin Cornelius Williams,        Debtor

Case No.: 05-41754
Chapter 7 to Chapter 13

### Debtor's Motion To Convert Case to Chapter 13

COMES NOW Kevin Cornelius Williams, debtor, and shows the court as follows:

1. Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on 10/14/2005.

2. Debtor is qualified to file for relief under Chapter 13 of the Bankruptcy Code.

3. The conversion is in the best interest of all creditors and the estate.

Wherefore, debtor prays for relief under Chapter 13 of the Bankruptcy Code.

Respectfully submitted:

Kevin Cornelius Williams

By:    /s/ Andrew G. Adams, III
            Counsel

**Certificate of Service**

I hereby certify that on this 6/30/2006, I mailed the foregoing Motion to Convert and Notice of Motion to Convert by electronic mail or first class mail, postage pre-paid to: Harry Shaia, Jr. 8550 Mayland Drive, Richmond, Va. 23294, U.S. Trustee..

/s/ Andrew G. Adams, III,
Andrew G. Adams, III

Attorney for Debtor
Andrew G. Adams, III, Esq. #4600
100 East Main Street
Richmond, VA 23219
(804) 649-1000