UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

Date: _____

To:

From:     Clerk's Office

Subject:  **ASSIGNMENT OF TRUSTEE/341 DATE RE:**

*NOTE TO COUNSEL FOR DEBTOR(S) OR PRO-SE DEBTOR(S)*: **Per Local Bankruptcy Rule 2003-1, counsel for the debtor(s) or the *pro se* debtor(s) shall obtain the date and time of a rescheduled meeting of creditors and give written notice of the rescheduled meeting to all creditors and other parties in interest. The original notice and proof of service must be filed with the Clerk within the appropriate time set out in the local bankruptcy rule. An approved form notice of rescheduled meeting of creditors may be found on the court's website at www.vaeb.uscourts.gov .**

CASE NO.    _____

DEBTOR(S)    _____

ATTORNEY FOR DEBTOR(S)    _____
           PRO-SE    _____

NEW MEETING OF CREDITORS DATE/TIME _____

CHAPTER 13 CONFIRMATION HEARING DATE/TIME  _____

NEW TRUSTEE    _____        FORMER TRUSTEE  _____

*[Conversion]*    CONVERTED FROM CHAPTER _____ TO CHAPTER _____

*[Involuntary]*    ORDER FOR RELIEF ENTERED _____

*[Resignation of Former Trustee]*    RESIGNATION FILED _____

cc:    Trustee
       Former Trustee (if applicable)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Receipt No. _____    Paid By:    Check _____    Cash _____    Credit \_\_\_\_\_/Secondary\_\_\_\_\_

Information entered in CM/ECF:    341 _____    Ch. 13 Conf. Hrg. _____    New creditors added _____

Notice ordered:           341 _____    Ch. 7 Odb _____

[memo341-ver. 8//02]